# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| REGINALD EADEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-2908 |
| | § | |
| CREST FINANCIAL SERVICES, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

The parties filed a stipulation to arbitration in this case. (Docket Entry No. 6). The stipulation is granted. This case is administratively closed pending completion of the arbitration proceedings. The initial conference scheduled for December 15, 2017 is cancelled. The parties must advise the court no later than 14 days after an award is entered.

SIGNED on December 8, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge